IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TEVIN AKAN BEY,** ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:23-00314-JB-N |
| ) | |
| **RODERICK MILES,** *Public Servant/* ) | |
| *Officer, et al.,* ) | |
|     Defendants. ) | |

## JUDGMENT

In accordance with the order entered on this date adopting the recommendation of the Magistrate Judge, it is **ADJUDGED** and **DECREED** that this civil action is **DISMISSED without prejudice**, and that **JUDGMENT** is accordingly entered in favor of the Defendants and against the Plaintiff, **TEVIN AKAN BEY**.

**DONE and ORDERED** this 1st day of May, 2024.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE